IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CMT AMERICA CORP.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-11434 (CSS)<br><br>Re: Docket No. 197 |

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF STEVENS & LEE, P.C. P.C. AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**UPON CONSIDERATION** of the Application of Official Committee of Unsecured Creditors for Order Authorizing Employment and Retention of Stevens & Lee, P.C. as Counsel (the "**Application**"), pursuant to which the Official Committee of Unsecured Creditors (the "**Committee**") of CMT America Corp. (the "**Debtor**") seeks an order pursuant to Sections 328 and 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), authorizing the Committee to employ and retain the law firm of Stevens & Lee, P.C. ("**S&L**") as its counsel effective as of July 25, 2008; and upon consideration of the Affidavit of Joseph H. Huston, Esquire (the "**Affidavit**") submitted with the Application; and the Court being satisfied that S&L represents no interest adverse to the Debtor's estate with respect to the matters upon which the firm is to be engaged, and that the employment of S&L is necessary and in the best interests of the Committee; and notice of the Application having been given to the Office of the United States Trustee, counsel to the Debtor, the Debtor's twenty largest unsecured creditors, and all parties

having filed notices of appearance and requests for notices and pleadings in this case; and no other notice being required; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Application is **GRANTED** in all respects; and it is further

**ORDERED** that the Committee is authorized to employ and retain S&L as its counsel in this case on the terms and conditions set forth in the Application and the Affidavit, effective as of July 25, 2008; and it is further

**ORDERED** that the compensation to be paid to S&L for professional services rendered, and the reimbursement of expenses incurred, shall be as determined by this Court upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and the terms of any order that may be entered governing compensation of professionals in this case; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order.

Dated: 9/12/08

Christopher S. Sontchi
United States Bankruptcy Judge

856402_1.DOC
SL1 856402v1/103872.00001

2