PURCHASE AGREEMENT AND ASSIGNMENT OF CLAIMS AND INTERESTS

**THIS PURCHASE AGREEMENT AND ASSIGNMENT OF CLAIMS AND INTERESTS** (this "Agreement"), dated as of April 10, 2013 is between **ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE** ("Trustee" or "Seller") of **CMT AMERICA CORP.** ("Debtors") **BANKRUPTCY ESTATE** ("Estate") and **OAK POINT PARTNERS, INC.** ("Purchaser").

WITNESSETH:

**WHEREAS,** the Debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case No. 08-11434 (the "Bankruptcy Case"); and

**WHEREAS,** at the time of the execution of this Agreement and continuing into the future, there may exist property of the Estate, consisting of known or unknown assets or claims which have not been previously sold, assigned, transferred, encumbered or resolved (the "Remnant Assets"); and

**WHEREAS,** Remnant Assets specifically **excludes** a) cash held at the time of this Agreement by Trustee in bank accounts earmarked for distribution to creditors and/or payment of professional fees; and b) the Purchase Price (as hereinafter defined) to be delivered pursuant hereto; and

**WHEREAS,** Seller has the power and authority, subject to Bankruptcy Court approval, to sell and assign all right, title and interest in and to the Remnant Assets to Purchaser, including, but not limited to the proceeds thereof.

**NOW THEREFORE,** in consideration of the promises and mutual undertakings herein contained, Seller and Purchaser agree as follows:

1. **Purchase Price:** The Purchase Price shall be good funds in the amount of Fifteen Thousand Dollars ($15,000) payable within 3 business days of receipt by Purchaser of this executed Agreement and the entry by the Bankruptcy Court of a non-appealable Order approving this Agreement. The Purchase Price is allocated as follows: $7,500 for any class action claim against any credit card company, such as VISA, Master Card, Discover, etc, ("Credit Card Claims") and $7,500 for all other assets. Seller reserves the right at Seller's election to withdraw the Credit Card Claims from this Agreement at any time prior to Bankruptcy Court approval, reducing the Purchase Price accordingly.

2. **Assignment of Remnant Assets:** Seller hereby irrevocably and unconditionally sells, assigns, transfers and conveys to Purchaser all of the Seller's right, title and interest under, in and to the Remnant Assets, as well as any and all claims and rights related to the Remnant Assets, including, without limitation, all cash, securities, instruments and other property that may be paid or issued in conjunction with the Remnant Assets and all amounts, interest, and costs due under the Remnant Assets.

3. **Authority to Sell:** Subject to Bankruptcy Court approval, the Sale of Accounts by Trustee is made pursuant to the authority vested in the Trustee.

4. **Payments Received on Remnant Assets:** Subject to the terms of this Agreement, Seller agrees that any payments received by Seller on account of any Remnant Assets shall be proceeds hereunder to which Purchaser has an absolute right, and that Seller will promptly deliver such payment to Purchaser at Purchaser's offices set forth below. Seller agrees to use reasonable efforts to forward to Purchaser notices received with respect to Remnant Assets assigned herein.

5. **Seller's Representations and Warranties:** Subject to the terms of this Agreement, Seller represents and warrants to Purchaser that Seller has full lawful right, title, power and authority to enter into this Agreement and to convey Seller's interest in and to the Remnant Assets to Purchaser free of any liens or other encumbrances.
EXCEPT AS SPECIFICALLY SET FORTH HEREIN, SELLER SELLS, ASSIGNS, AND TRANSFERS THE REMNANT ASSETS TO PURCHASER "AS IS, WHERE IS" WITHOUT ANY REPRESENTATIONS OR WARRANTIES WHATSOEVER, WHETHER EXPRESS, IMPLIED OR IMPOSED BY LAW.

6. **Change of Address/Notice of Transfer:** With respect to non-bankruptcy claims (if any), Seller hereby authorizes Purchaser to file a change of address or notice of transfer (at Purchaser's discretion) and Seller waives its right to raise any objection thereto and its right to receive notice pursuant thereto. With respect to claims in other bankruptcy cases (if any), Seller hereby authorizes Purchaser to file a notice of transfer pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Seller hereby waives its right to raise any objection thereto and its right to receive notice pursuant to Rule 3001 (e) of the FRBP.

7. **Documents of Assignment:** From time to time upon request from Purchaser, Seller shall execute and deliver to Purchaser such documents reasonably requested by Purchaser to evidence and effectuate the transfer contemplated by this Agreement in a form reasonably acceptable to the parties hereto. However, Purchaser shall reimburse Seller for its reasonable costs associated with Seller's compliance with any request made hereunder.

8. **Limited Power of Attorney:** Solely with respect to the Remnant Assets, Seller hereby irrevocably appoints Purchaser as its true and lawful attorney and authorizes Purchaser to act in Seller's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Remnant Assets herein assigned. Seller grants unto Purchaser full authority to do all things necessary to enforce the Remnant Assets and its rights thereunder pursuant to this Agreement.

9. **Entire Agreement:** This Agreement embodies the entire agreement and understanding between Seller and the Purchaser and supersedes any and all prior agreements and understandings with respect to the subject matter hereof. This Agreement may not be amended or in any manner modified unless such amendment or modification is in writing and signed by both parties.

10. **Benefits and Binding Effect:** All provisions contained in this Agreement or any document referred to herein or relating hereto shall inure to the benefit of and shall be binding upon the respective successors and assigns of Seller and the Purchaser.

11. **Governing Law:** This Agreement shall be governed by and construed in accordance with the internal laws of the State of Delaware, without giving effect to choice of law principles of the State of Delaware.

**THIS AGREEMENT** has been duly executed as of the day and year first above written.

**OAK POINT PARTNERS, INC.**

By: *[signature]*
Name: ERIC LINN
Its: President

Address *(for regular mail and mail forwarding)*: PO Box 1033, Northbrook, IL 60065
Address *(for overnight delivery)*: 1540 E. Dundee Rd., Suite 240, Palatine, IL 60074
tel (847) 577-1269      fax (847) 655-2746

**CMT AMERICA CORP. BANKRUPTCY ESTATE**

By: *[signature]*
Name: ALFRED T. GIULIANO
Its: Chapter 7 Trustee

Address: c/o Giuliano, Miller & Company, 140 Bradford Drive, West Berlin, NJ 08091
tel (856) 596-7000   fax (856) 767-3500

3